JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROSELIA TELLO, | **CASE NO. 2:22-cv-01893-RGK-PVCx** |
| Plaintiff, | Judge: Hon. R. Gary Klausner<br>Temple Street Courthouse<br>Courtroom 850. |
| vs. | |
| TARGET CORPORATION AND<br>DOES 1 to 50, inclusive. | **[PROPOSED] ORDER ON<br>STIPULATION FOR DISMISSAL<br>WITH PREJUDICE [25]** |
| Defendants. | State Action Filed: November 1, 2021<br>Removal: March 23, 2022 |

On June 23, 2023, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein against Target Corporation, with prejudice, to the Court. Accordingly, this action and all claims herein against Target Corporation are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement entered into by the Parties.

**IT IS SO ORDERED.**

Dated: _____**7/6/2023**_____, 2023     _____
Hon. R. Gary Klausner
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION